# Exhibit B

# EXHIBIT B

## Representative Claim 1 Infringement Chart

*U.S. Patent No. 9,759,300 B2*

| Claim | Claim Limitation / Extract | Supporting Image(s) | Reproduced in YAT TM | Extra Material / Notes |
|---|---|---|---|---|
| 1 | A transmission | | A transmission | |
| 1 | for a walk-behind wheeled vehicle | | A walk-behind wheeled vehicle | |
| 1 | at least one casing at least partially housing a driver member | | Partially housing a driver motor | |
| 1 | equipped with rotary drive motor means | | Rotary drive motor | |

| Claim | Claim Limitation / Extract | Supporting Image(s) | Reproduced in YAT TM | Extra Material / Notes |
|---|---|---|---|---|
| 1 | a rotary driven member in the form of a toothed wheel, continuously engaging with the motor driver member | | Rotary driven member in the form of a toothed wheel | |
| 1 | wheel drive means for driving both wheels of a single pair of wheels of the vehicle | | Both wheels | |
| 1 | said wheel drive means having wheel drive shaft made in one piece or made up of at least two wheel drive shaft segments in alignment | | Two wheel drive shaft segments in alignment | |
| 1 | each of which is suitable for driving a respective wheel of the single pair of wheels of the vehicle | | Driving a respective wheel | portion of the clutch mechanism that is located near the wheel |

| Claim | Claim Limitation / Extract | Supporting Image(s) | Reproduced in YAT TM | Extra Material / Notes |
|---|---|---|---|---|
| 1 | and a clutch mechanism disposed between the wheel drive shaft or each of the wheel drive shaft segments and the driven member | | Clutch mechanism<br>Wheel drive shaft<br>driven member | |
| 1 | the clutch mechanism or mechanisms being activated by the driven member being driven in rotation in a forwards first rotary drive direction, and deactivatable by the wheel drive shaft or the wheel drive shaft segment with which it co-operates being driven in rotation forwards, when the speed of rotation of the wheel drive shaft or of the wheel drive shaft segment is greater than the speed of rotation of the driven member, the wheel drive shaft or each wheel drive shaft segment being free to turn in either of its directions of rotation when the corresponding clutch mechanism is in the deactivated state | | Clutch mechanism. When the wheel rotates faster than the driven member, the clutch gear rotates until the ramp side pushes against the pin, and before it fully moves the pin inwardly for disengagement, it presses the connected wheel drive shaft / wheel drive shaft segment, forcing it to rotate faster than the driven member. | |
| 1 | wherein the rotary drive motor means for driving the driver member in rotation, and therefore for driving the driven member in rotation, are motor means that can be controlled to rotate in two directions of rotation and that are suitable not only for driving the driven member in rotation in the forwards direction, but also for driving the driven member in rotation in a backwards second direction that is opposite to said first direction of rotation, and in that the or each clutch mechanism is of the type that is deactivatable solely by the driven member being driven in rotation in the backwards direction | | Motor controlled in two directions.<br>Drive in forward direction.<br>Second direction of rotation that deactivates the driven member.<br>Driven member driven in backward direction.<br><br>In backward direction, the clutch system moves away from wheel drive shaft meshing, letting the wheel turn free.<br><br>Without the motor being driven in the backward direction, the wheels are blocked in the forward direction and are braked by the motor in reverse direction. | |

**Additional Detail Regarding the Clutch Mechanism Element**

The figure below depicts the portion of the clutch mechanism located near the wheel. As the wheel rotates faster than the driven member, the clutch gear rotates correspondingly faster until the pin hits the ramp side. The ramp side then pushes against the pin, depressing the pin inwardly for disengagement and allowing the clutch to go over the ramp until the next ramp is reached, where the same cycle repeats.



*Figure – Pin/ramp detail of the clutch mechanism near the wheel.*